# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2478

_____

William Grace, Sr.,                              *
                                                 *
                    Appellant,                   *
                                                 *   Appeal from the United States
          v.                                     *   District Court for the Eastern
                                                 *   District of Missouri.
E. Harris, Nurse; Susan Singer, Doctor;          *
Nurse Jones; Eugene Stubblefield,                *   [UNPUBLISHED]
Individually and as Superintendent of            *
the Division of Corrections City of              *
St. Louis,                                       *
                                                 *
                    Appellees.                   *

_____

Submitted: October 23, 2009
Filed: October 23, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Missouri inmate William Grace, Sr., appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review of the record, see Roe v. Crawford, 514 F.3d 789, 793 (8th Cir.), cert. denied, 129 S. Ct. 109 (2008), we agree with the district court that summary judgment was warranted.

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny Grace's motion for appointment of counsel and appellees' motion to dismiss.

_____